UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                                           Case No. 08-mc-7-SM

<u>Robert C. Hicks</u>


<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 2, 2008, no objection having been filed.

SO ORDERED.


May  21, 2008                            <u>/s/Steven J. McAuliffe</u>
                                                       Steven J. McAuliffe
                                                       Chief Judge


cc:     Seth R. Aframe, Esq.